**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                          3:06cr91/RV
                                                             3:07cv457/RV/MD

**TINA MARIE TRUJILLO**

---

### ORDER

The defendant has filed a petition for issuance of certificate of appealability of this court's denial of her motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 82). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see United States v. Futch, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's June 12, 2008 order (doc. 79) adopting and incorporating the Magistrate Judge's Report and Recommendation, her request for a certificate of appealability is DENIED. The court also notes that defendant may not obtain a certificate of appealability on issues raised for the first time in her objections to the magistrate's report and recommendation, or in her request for a certificate of appealability.

Defendant has not filed a motion for leave to proceed *in forma pauperis.* Because the court finds that the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed, leave to so proceed will not be granted. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 22nd day of July, 2008.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**